OPINION — AG — ** PRODUCERS — EGGS ** SO LONG AS A PRODUCER SELLS ONLY UNGRADED EGGS, HE IS EXEMPT FROM ALL PROVISIONS OF 2 O.S. 5-29 [2-5-29] AND IS NOT SUBJECT TO ANY OF ITS PROVISIONS AS TO DESCRIPTION OR MARKETING OR LABELING CONTAINERS OF SUCH EGG, NOR IS HE REQUIRED TO DESCRIBED THEM AS " UNGRADED " IF THEY ARE, IN FACT, UNGRADED. (PRODUCTION, SELLS, FLOCK PRODUCTION) CITE: 2 O.S. 5-29 [2-5-29] (J. H. JOHNSON)